An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER AMACK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64057

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from an order of the district court denying appellant Christopher Amack's post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Amack filed a petition on July 9, 2013, challenging the sentence and conditions of lifetime supervision in district court case number C176623. On appeal, Amack argues that the district court erred in denying his petition as procedurally barred. We note, however, that at the time Amack filed his petition in the district court, he had expired his sentence of imprisonment and was subject only to lifetime supervision. A person on lifetime supervision may not file a post-conviction petition for a writ of habeas corpus because he is not under a sentence of death or

---

[1] Amack labeled his petition alternatively a "motion to strike conditions of lifetime supervision." To the extent that he attempts to appeal the denial of this motion, we lack jurisdiction because no statute or court rule permits an appeal from an order denying a "motion to strike conditions of lifetime supervision." *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19275

imprisonment as required by NRS 34.724. *See Coleman v. State*, 130 Nev. ___, ___, 321 P.3d 863, 867 (2014). Therefore, because Amack did not meet the imprisonment requirement of NRS 34.724, he was not eligible for post-conviction habeas relief. *See id.* For this reason, we affirm the decision of the district court to deny the petition.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ Pickering _____, J.
Pickering

_____ Parraguirre _____, J.
Parraguirre

_____ Saitta _____, J.
Saitta

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
        Turco & Draskovich
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]Although the district court incorrectly addressed the procedural bars, we nevertheless affirm because the district court reached the correct result in denying the petition. *See Wyatt v. State*, 86 Nev. 294, 298, 468 P.2d 338, 341 (1970) (holding that a correct result will not be reversed simply because it is based on the wrong reason).